IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MARYLAND PORT ADMINISTRATION,** | * |
| Petitioner | * |
| v. | * |
| **ARCHER DANIELS MIDLAND COMPANY f/k/a ADM/COUNTRYMARK, INC.** | * Civil Action No.: JFM 02-CV-1528 |
| and | * |
| **CSX TRANSPORTATION, INC.,** | * |
| Respondents. | * |

* * * * * * * * * * *

## JOINT STIPULATION TO EXTEND TIME
## TO FILE RESPONSE TO MOTION TO DISMISS

Petitioner Maryland Port Administration, by its undersigned counsel, and Respondent CSX Transportation, Inc., by its undersigned counsel, hereby stipulate and agree to extend the time for Petitioner to respond to Respondent's Motion to Dismiss. The response will be filed by Tuesday, May 28, 2002.

_____
Peter E. Keith
  Federal Bar No. 01483
Michael W. Skojec
  Federal Bar No. 03735
Thomas N. Biddison, Jr.
  Federal Bar No. 09847
GALLAGHER, EVELIUS & JONES, LLP
218 N. Charles Street, Suite 200
Baltimore, MD  21201-4033
(410) 727-7702

Attorneys for Petitioner
Maryland Port Administration

_____
Richard J. Magid (by PEK)
  Federal Bar No. 00029
Andrea M. Leahy-Fucheck
  Federal Bar No. 10772
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street
Baltimore, MD  21202-1626
(410) 347-8700

Attorneys for Respondent
CSX Transportation, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of May, 2002, a copy of the foregoing Joint Stipulation to Extend Time to File Response to Motion to Dismiss was mailed, postage prepaid, by first class mail to Thomas V. Monahan, Jr., Esquire and Alex J. Brown, Esquire, Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, MD 21202.

_____
Peter E. Keith