**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

MARYLAND PORT ADMINISTRATION ,                *

     **Petitioner**                                           *

v.                                                                      *

ARCHER DANIELS MIDLAND                     * Civil Action No.: JFM 02-CV-1528
COMPANY f/k/a ADM/COUNTRYMARK,
INC.                                                               *

and                                                                 *

CSX TRANSPORTATION, INC.,                    *

     **Respondents.**                                      *

  *    *    *    *    *    *    *    *    *    *    *

## JOINT STIPULATION TO EXTEND TIME
## TO FILE RESPONSES

Petitioner Maryland Port Administration ("Petitioner"), by its undersigned counsel,

and Respondent Archer Daniels Midland Company ("Respondent ADM"), by its

undersigned counsel, and Respondent CSX Transportation, Inc. ("Respondent CSX"),

by its undersigned counsel, hereby stipulate and agree to extend the times for the filing

of the following pleadings:

    1.     Petitioner's response to Respondent CSX's Motion to Dismiss; and

    2.     Petitioner's response to Respondent ADM's Counter-Petition and

Counterclaim; and

    3.     Respondent ADM's response to Petitioner's Motion for Remand; and

    4.     Respondent CSX's response to Petitioner's Motion for Remand.

The parties have agreed to extend the time for all responses through the date of the

Court's scheduling conference on June 3, 2002 to allow for Petitioner to provide

#186868 MWS
011545-0001

insurance information requested by the Respondents and to discuss the schedule with

the Court at the conference.  The parties hereby stipulate and agree to mutually

determine when the abovesaid responses should be filed on or before June 4, 2002.


_____
Peter E. Keith
  Federal Bar No. 01483
Michael W. Skojec
  Federal Bar No. 03735
Thomas N. Biddison, Jr.
  Federal Bar No. 09847
GALLAGHER, EVELIUS & JONES, LLP
218 N. Charles Street, Suite 200
Baltimore, MD  21201-4033
(410) 727-7702

Attorneys for Petitioner
Maryland Port Administration


_____
Richard J. Magid
  Federal Bar No. 00029
Andrea M. Leahy-Fucheck
  Federal Bar No. 10772
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street
Baltimore, MD  21202-1626
(410) 347-8700

Attorneys for Respondent
CSX Transportation, Inc.


_____
M. Catherine Orleman
Federal Bar No. 05300
Principal Counsel
Office of the Attorney General
Maryland Port Administration
World Trade Center, 20th Floor
Baltimore, MD  21202
(410) 385-4432

Attorneys for Petitioner
Maryland Port Administration


_____
Thomas V. Monahan, Jr.
  Federal Bar No. 04471
Alex J. Brown
  Federal Bar No. 26612
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
(410) 783-4000

Attorneys for Respondent
Archer Daniels Midland Company