IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**MARYLAND PORT ADMINISTRATION,**  *

Petitioner  *

v.  *

**ARCHER DANIELS MIDLAND**  * Civil Action No.: JFM 02-CV-1528
**COMPANY f/k/a ADM/COUNTRYMARK,**
**INC.**  *

and  *

**CSX TRANSPORTATION, INC.,**  *

Respondents.  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO PROCEED WITH DISCOVERY

The Maryland Port Administration ("MPA") by its undersigned counsel, and Archer Daniels Midland Company ("ADM"), by its undersigned counsel, and CSX Transportation, Inc. ("CSX"), by its undersigned counsel, hereby stipulate and agree as follows:

1.  At the scheduling conference in this action before the Honorable Frederick Motz, the Court suggested and the parties agreed that they begin discovery before the Court reaches its decisions as to the jurisdictional and immunity issues which have been raised or may be raised by MPA so that the case could proceed in an expeditious manner, since this dispute will ultimately continue either in federal or state court and discovery may be required. All parties agreed that MPA's willingness to proceed with discovery would not constitute a waiver of MPA's rights to contest federal jurisdiction, to seek remand on jurisdictional grounds, and to move for a dismissal of the Counterclaim

# 188870 MWS
011545-0001

on Eleventh Amendment and sovereign immunity grounds. This Stipulation is to memorialize the agreement which was discussed at the settlement conference, and to confirm that discovery may proceed without prejudice to MPA's jurisdictional and immunity challenges.

2.  Accordingly, the parties hereby stipulate and agree that Petitioner MPA's participation in discovery in this case, consistent with the Scheduling Order entered by the Court on June 3, 2002, shall not constitute a waiver of the Petitioner's challenge to federal jurisdiction; Petitioner's Motion for a remand based on lack of federal jurisdiction, and Petitioner's assertion of Eleventh Amendment and sovereign immunity defenses.

_____
Peter E. Keith
  Federal Bar No. 01483
Michael W. Skojec
  Federal Bar No. 03735
Thomas N. Biddison, Jr.
  Federal Bar No. 09847
GALLAGHER, EVELIUS & JONES, LLP
218 N. Charles Street, Suite 200
Baltimore, MD 21201-4033
(410) 727-7702

Attorneys for Petitioner
Maryland Port Administration

_____
Thomas V. Monahan, Jr.
  Federal Bar No. 04471
Alex J. Brown
  Federal Bar No. 26612
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

Attorneys for Respondent
Archer Daniels Midland Company

# 188870 MWS
011545-0001

_____  
M. Catherine Orleman  
Federal Bar No. 05300  
Principal Counsel  
Office of the Attorney General  
Maryland Port Administration  
World Trade Center, 20th Floor  
Baltimore, MD 21202  
(410) 385-4432  

Attorneys for Petitioner  
Maryland Port Administration  

_____  
Richard J. Magid  
 Federal Bar No. 00029  
Andrea M. Leahy-Fucheck  
 Federal Bar No. 10772  
Whiteford, Taylor & Preston, LLP  
Seven St. Paul Street  
Baltimore, MD 21202-1626  
(410) 347-8700  

Attorneys for Respondent  
CSX Transportation, Inc.  

Approved:

_____  
The Honorable Frederick Motz, Judge  
United States District Court for the  
District of Maryland

# 188870 MWS  
011545-0001