IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Maryland Port Administration, | * |
| Petitioner | * |
| v. | * Case No. JFM 02 CV 1528 |
| Archer Daniels Midland Company, et al. | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL OF RESPONDENT CSX TRANSPORTATION, INC.

The parties hereto hereby stipulate and agree to the dismissal of Respondent CSX Transportation, Inc. without prejudice.

Respectfully submitted,

_____
Peter E. Keith
  Federal Bar No. 01483
Michael W. Skojec
  Federal Bar No. 03735
Thomas N. Biddison, Jr.
  Federal Bar No. 09847
GALLAGHER, EVELIUS & JONES, LLP
218 N. Charles Street, Suite 200
Baltimore, MD  21201-4033
(410) 727-7702

Attorneys for Petitioner
Maryland Port Administration

# 190404 MWS
011545-0001

_____
Thomas V. Monahan, Jr.
  Federal Bar No. 04471
Alex J. Brown
  Federal Bar No. 26612
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
(410) 783-4000

Attorneys for Respondent
Archer Daniels Midland Company

_____
M. Catherine Orleman
Federal Bar No. 05300
Principal Counsel
Office of the Attorney General
Maryland Port Administration
World Trade Center, 20th Floor
Baltimore, MD 21202
(410) 385-4432

Attorneys for Petitioner
Maryland Port Administration

_____
Richard J. Magid
 Federal Bar No. 00029
Andrea M. Leahy-Fucheck
 Federal Bar No. 10772
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street
Baltimore, MD 21202-1626
(410) 347-8700

Attorneys for Respondent
CSX Transportation, Inc.

Approved:

_____
The Honorable Frederick Motz, Judge
United States District Court for the
District of Maryland

# 190404 MWS
011545-0001