IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 29  A 8:28

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **MARYLAND PORT ADMINISTRATION,** | * | |
| Petitioner | * | |
| v. | * | |
| **ARCHER DANIELS MIDLAND COMPANY f/k/a ADM/COUNTRYMARK, INC.** | * Civil Action No.: JFM 02-CV-1528 | |
| | * | |
| and | * | |
| **CSX TRANSPORTATION, INC.,** | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION TO EXTEND TIME
### FOR MOFFATT & NICHOL ENGINEERS DEPOSITION

Petitioner Maryland Port Administration ("Petitioner"), by its undersigned counsel, and Respondent Archer Daniels Midland Company ("Respondent ADM"), by its undersigned counsel, hereby stipulate and agree to extend the times for the completion of the deposition of Moffatt & Nichol Engineers. The parties have agreed to extend the time for completion of the deposition of Moffatt & Nichol Engineers to August 30, 2002 in order to complete all of the depositions of representatives of Moffatt & Nichol that will be required.

_____
Peter E. Keith
 Federal Bar No. 01483
Michael W. Skojec
 Federal Bar No. 03735
Thomas N. Biddison, Jr.
 Federal Bar No. 09847
# 191238 MWS
011545-0001

_____
Thomas V. Monahan, Jr.
 Federal Bar No. 04471
Alex J. Brown
 Federal Bar No. 26612
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor



GALLAGHER, EVELIUS & JONES, LLP
218 N. Charles Street, Suite 200
Baltimore, MD 21201-4033
(410) 727-7702

Attorneys for Petitioner
Maryland Port Administration

Baltimore, MD 21202
(410) 783-4000

Attorneys for Respondent
Archer Daniels Midland Company

_____
M. Catherine Orleman
Federal Bar No. 05300
Principal Counsel
Office of the Attorney General
Maryland Port Administration
World Trade Center, 20th Floor
Baltimore, MD 21202
(410) 385-4432

Attorneys for Petitioner
Maryland Port Administration

Approved: _____
         Date

_____
J. Frederick Motz, Judge
United States District Court for the
District of Maryland

# 191238 MWS
011545-0001