IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND PORT ADMINISTRATION | * | |
| | * | |
| v. | * | Civil No. JFM-02-1528 |
| | * | |
| ARCHER DANIELS MIDLAND CO. | * | |

*****

ORDER

The attached proposed revised scheduling order submitted by the parties to the court is hereby adopted as an amended scheduling order in this case.

Date: September 5, 2002

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

## Revised Scheduling Order

- ADM provide written discovery responses and all requested documents by September 13, 2002

- MPA provide written discovery responses and all documents by October 16, 2002

- Depositions of ADM fact witnesses between September 13 and December 20, 2002

- Depositions of MPA fact witnesses between October 16, 2002 and December 20, 2002

- Depositions of third party fact witnesses, including Moffat & Nichol, from present through December 20, 2002

- MPA designate experts by January 31, 2003

- ADM designate experts by March 4, 2003

- MPA designate rebuttal experts by April 18, 2003

- Rule 26(e)(2) supplementation by May 9, 2003

- Discovery deadline – May 30, 2003