IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND PORT ADMINISTRATION *
                                                              *

        v.                                   * Civil No. JFM-02-1528
                                                              *

ARCHER DANIELS MIDLAND      *
COMPANY, ET AL.                           *
                                             *****

ORDER

In accordance with the oral opinion issued today, it is, this 26th day of November 2002

ORDERED that

1. The motion to remand filed by the Maryland Port Administration is granted;

2. The motion for attorney's fees filed by the Maryland Port Administration is denied; and

3. This case is remanded to the Circuit Court of Maryland for Baltimore City.

                                               _____
                                               J. Frederick Motz
                                               United States District Judge